612

360 A.2d 680

COMMONWEALTH

v.

PLUMMER, Appellant.

Submitted February 23, 1976. Peter J. Webby, First Assistant Public Defender, for appellant; John J. Gill, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.